FILED
CLERK U.S. DISTRICT COURT
MAR 27 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBERT D. SONNIER,<br><br>   Plaintiff,<br><br>   v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>   Defendants. | Case No. CV 06-3023 CAS(JC)<br><br>(~~PROPOSED~~)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files of this case, including the attached Report and Recommendation of the United States Magistrate Judge ("Report and Recommendation") and Plaintiff's Objections to Report and Recommendation. After conducting a de novo review, this Court overrules Plaintiff's Objections and concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS HEREBY ORDERED that: (1) Defendants' Motion for Summary Judgment is granted; (2) Plaintiff's Cross-Motion for Summary Judgment is denied; and (3) the pending Motion to Dismiss is denied as moot.

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order by United States mail on Plaintiff and on Defendants' counsel.

IT IS SO ORDERED.

DATED: March 27, 2008

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE