JS-6

FILED
CLERK U.S. DISTRICT COURT

APR 21 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBERT D. SONNIER, | Case No. CV 06-3023 CAS(JC) |
| Plaintiff, | ~~(PROPOSED)~~ |
| v. | JUDGMENT |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

IT IS ADJUDGED that this action is dismissed without prejudice as against defendant Dana Lewis.

IT IS ADJUDGED that this action is dismissed with prejudice as against defendants the County of Los Angeles, Los Angeles County Department of Children and Family Services, Kellie Lovo and Patricia Breit and that judgment in this action be entered in favor of such defendants.

IT IS SO ORDERED.

DATED: 4/21/08

_Christina A. Snyder_
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE